THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SPENCER ALPERT,<br><br>               Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, *et al.*,<br><br>               Defendants. | Case No. 15-cv-1164<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS AMERICAN SECURITY INSURANCE COMPANY AND STANDARD GUARANTY INSURANCE COMPANY** |

      Plaintiff Spencer Alpert and Defendants American Security Insurance Company and Standard Guaranty Insurance Company (together, the "Insurer Defendants"), through their attorneys of record, hereby agree and stipulate as follows:

      A.     Whereas, Plaintiff has pending a complaint (the "Complaint") in the United States District Court for the Western District of Washington;

      B.     Whereas, in the Complaint, Plaintiff makes certain allegations against the Insurer Defendants and certain co-defendants relating to residential insurance placements, requirements and practices;

      C.     Whereas, the Insurer Defendants deny that their actions were wrongful in any respect with regard to Plaintiff;

NOTICE OF VOLUNTARY DISMISSAL
(No. 15-cv-1164) - 1

Jason Anderson
5355 Tallman Ave NW Ste 207
Seattle, WA 98107
P: 206-706-2882
E: jason@jasonandersonlaw.com

D.	Whereas, the parties have reached a settlement of Plaintiff's claims against the Insurer Defendants in which the Plaintiff's claims will be dismissed with prejudice;

NOW, THEREFORE, Plaintiff and the Insurer Defendants hereby stipulate that all of the claims and allegations brought by Spencer Alpert against American Security Insurance Company and Standard Guaranty Insurance Company are hereby dismissed with prejudice, and American Security Insurance Company and Standard Guaranty Insurance Company are hereby dismissed from this action.

IT IS SO STIPULATED.

Respectfully submitted,

*/s/ Jason Anderson*, WSBA No. _____
Jason @jasonandersonlaw.com
**Law  Offices of Jason Anderson**
5355 Tallman Ave NW
Ste. 207
Seattle, WA 98107
Phone: (206) 706-2882

*Attorney for Plaintiff Spencer Alpert*

*s/ V.L. Woolston*, WSBA No. 9453
VWoolston@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue
Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

W. Glenn Merten (*pro hac vice*)
gmerten@carltonfields.com
Paul Williams (*pro hac vice*)
pwilliams@carltonfields.com
**Carlton Fields Jorden Burt, P.A.**
1025 Thomas Jefferson Street, NW
Suite 400 West
Washington, DC 20007-5208
Telephone:  202.965.8100
Facsimile:   202.965.8104

*Attorneys for Defendants American Security Insurance Company and Standard Guaranty Insurance Company*

NOTICE OF VOLUNTARY DISMISSAL
(No. 15-cv-1164) - 2

Jason Anderson
5355 Tallman Ave NW Ste 207
Seattle, WA 98107
P: 206-706-2882
E: jason@jasonandersonlaw.com

NOTICE OF VOLUNTARY DISMISSAL
(No. 15-cv-1164) - 3

Jason Anderson
5355 Tallman Ave NW Ste 207
Seattle, WA 98107
P: 206-706-2882
E: jason@jasonandersonlaw.com