THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SPENCER ALPERT, <br><br> Plaintiff, <br><br> v. <br><br> NATIONSTAR MORTGAGE LLC, a Delaware limited liability company; HARWOOD SERVICE COMPANY, a Delaware corporation; AMERICAN SECURITY INSURANCE COMPANY, a Delaware corporation; STANDARD GUARANTY INSURANCE COMPANY, a Delaware corporation; and, ASSURANT, INC., a Delaware corporation, <br><br> Defendant. | Case No. 2:15-cv-01164-RAJ <br><br> NOTICE OF APPEAL |

NOTICE IS HEREBY GIVEN that Spencer Alpert, Plaintiff in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Remanding the action to King County Superior Court (Dkt. # 138); the Order granting in part and denying in part Defendants, Motion for Summary Judgment and Denying Plaintiffs Motion for Summary Judgment (Dkt #123); and the Order granting in part and denying in part the Motion by Nationstar Mortgage LLC and Harwood Service Company to dismiss (Dkt #58).

October 14, 2019

/s/ Jason E. Anderson

NOTICE OF APPEAL - 1

JASON E ANDERSON
5355 TALLMAN AVE NW STE 207
SEATTLE, WA 98107
P:206-706-2882
E:JASON@JASONANDERSONLAW.COM

                                  Jason E. Anderson, WSBA No. 32232
                                  *Attorneys for Plaintiff*

    This Notice of Appeal is filed via ECF which will serve counsel for Nationstar Mortgage LLC and Harwood Service Company a copy of this appeal.

                    /s/ Jason E Anderson

NOTICE OF APPEAL - 2

JASON E ANDERSON
5355 TALLMAN AVE NW STE 207
SEATTLE, WA 98107
P:206-706-2882
E:JASON@JASONANDERSONLAW.COM