FILED

DEC 8 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SPENCER ALPERT, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> NATIONSTAR MORTGAGE LLC, a Delaware limited liability company; HARWOOD SERVICE COMPANY, a Delaware corporation, <br><br> Defendants-Appellees, <br><br> and <br><br> AMERICAN SECURITY INSURANCE COMPANY, a Delaware corporation; et al., <br><br> Defendants. | No. 19-35867 <br><br> D.C. No. 2:15-cv-01164-RAJ <br> Western District of Washington, Seattle <br><br> ORDER |

Before: GOULD and FRIEDLAND, Circuit Judges, and BOUGH,[*] District Judge.

On October 6, 2021 this Court ordered additional briefing on any claims still being pursued by Appellant Alpert. This Court received no briefing. Appellant Alpert shall show good cause by December 27, 2021 why this appeal should not be dismissed for failure to prosecute.

---

[*] The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri, sitting by designation.