UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 28 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SPENCER ALPERT,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company and HARWOOD SERVICE COMPANY, a Delaware corporation,<br><br>        Defendants - Appellees,<br><br> and<br><br>AMERICAN SECURITY INSURANCE COMPANY, a Delaware corporation; et al.,<br><br>        Defendants. | No. 19-35867<br><br>D.C. No. 2:15-cv-01164-RAJ<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

The judgment of this Court, entered January 06, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7